Jade EMORY, Plaintiff—Appellant,

v.

**U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT; et al., Defendants—Appellees.**

No. 07–16656.

United States Court of Appeals, Ninth Circuit.

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

Submitted Feb. 11, 2008.*

Filed Feb. 15, 2008.

Jade Emory, Waimanalo, HI, pro se.

Thomas A. Helper, Esq., USH—Office of the U.S. Attorney PJKK Federal Building, Honolulu, HI, for Defendants–Appellees.

Before: WALLACE, LEAVY and RYMER, Circuit Judges.

### MEMORANDUM **

Appellant Jade Emory appeals the district court's judgment and order dismissing her case and granting summary judgment in favor of defendants. This court reviews the district court's orders de novo, and we affirm. *See Bagdadi v. Nazar*, 84 F.3d 1194, 1197 (9th Cir.1996); *Gibson v. United States*, 781 F.2d 1334, 1337 (9th Cir.1986).

Our review of the record and of appellant's response to this court's order to show cause indicates that the questions raised in this appeal are so insubstantial as not to require further argument. *See United States v. Hooton*, 693 F.2d 857, 858 (9th Cir.1982) (per curiam) (stating standard).

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

Accordingly, we summarily affirm the district court's judgment.

**AFFIRMED.**